1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  LIZA SIU MENDOZA, State Bar No. 242493
   lsiumendoza@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
5  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699
6
   Attorneys for Plaintiff
7  NATIONAL RAILROAD
   PASSENGER CORPORATION
8

9              UNITED STATES DISTRICT COURT

10        EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

11

12 | NATIONAL RAILROAD PASSENGER | Case No. 2:09-CV-02469-WBS-KJM
   | CORPORATION,                |
13 |                             |
   |         Plaintiff,          | **PLAINTIFF'S REQUEST TO CONTINUE
14 |                             | SCHEDULING CONFERENCE AND
   | v.                          | [PROPOSED] ORDER**
15 |                             |
   | HUNG ANH TRUONG aka PETER   |
16 | TRUONG aka PEIRER HUNG TRUONG; |
   | VACAVILLE FURNITURE GALLERY, |
17 | INC.; ANTHONY EDWARD AGUAS.  |
18 |         Defendants.         |

19

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

13249-38032 LSM 580181.1                 1              Case No. 2:09-CV-02469-WBS-KJM

TO THE HONORABLE WILLIAM B. SHUBB, UNITED STATES DISTRICT JUDGE:

Plaintiff NATIONAL RAILROAD PASSENGER CORPORATION ("Amtrak") requests a continuance of the Status (Pretrial Scheduling) Conference and related deadlines for approximately 60 days for the following reasons:

- o Plaintiff Amtrak is in the process of seeking an order entering default against defendants Vacaville Furniture Gallery, Inc. and Anthony Edward Aguas.
- o Plaintiff Amtrak recently realized that its initial service of the summons and complaint on defendant Hung Anh Truong may not have been proper. Plaintiff properly re-served defendant Hung Anh Troung with the summons and complaint last Friday, January 22, 2010.

Plaintiff Amtrak requests the court to reschedule the Status (Pretrial Scheduling) Conference and related deadlines to the following dates:

- Joint Status Report                    4/5/10
- Status (Pretrial Scheduling) Conference     4/19/10

DATED: January 26, 2010                LOMBARDI, LOPER & CONANT, LLP


By:   /s/ Liza Siu Mendoza
      Liza Siu Mendoza
      Attorneys for Defendant
      NATIONAL RAILROAD PASSENGER
      CORPORATION

**ORDER**

Plaintiff Amtrak's Request to Continue Status (Pretrial Scheduling) Conference and Related Dates is GRANTED. The Status (Pretrial Scheduling) Conference is continued to April 19, 2010 at 2:00 p.m. Parties must file a Joint Status Report by April 5, 2010.

IT IS SO ORDERED.

DATED: January 26, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE