UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 8, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

## JUDGMENT IN A CIVIL CASE

NATIONAL RAILROAD PASSENGER
CORPORATION,

      Plaintiff,                  No. CIV S-09-2469 WBS KJM

           v.

HUNG ANH TRUONG, et al.,

      Defendants.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT ORDER FILED ON SEPTEMBER 8, 2010. PLAINTIFF IS AWARDED $1,297,376.71 IN DAMAGES AND PREJUDGMENT INTEREST AGAINST DEFENDANTS, JOINTLY AND SEVERALLY.**

                                Victoria C. Minor,
                                Clerk of the Court

ENTERED:   September 8, 2010

                                by:    /s/
                                R. Becknal , Deputy Clerk